IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,                                 :
                                                  :
                 Plaintiff(s),                    :
                                                  :    Case Number: 1:17cv72
        vs.                                       :
                                                  :    Judge Susan J. Dlott
Lt. Stone, et al.,                                :
                                                  :
                 Defendant(s).                    :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the

pleadings and filed with this Court on April 10, 2017 a Report and Recommendation (Doc. 5).

Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 7).

        The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

        Accordingly, plaintiff's claims against defendants Deputy Warden William Cool, Warden

Ron Erdos, and Major Mr. Warren are DISMISSED with prejudice pursuant to 28 U.S.C.

§§1915(e)(2)(B) and 1915A(b)(1).

        IT IS SO ORDERED.


                                        ___s/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court