IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Lt. Stone, et al.,

    Defendant(s).

Case Number: 1:17cv72

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 22, 2017 a Report and Recommendation (Doc. 20). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 24) and defendant's filed a response to the objections (Doc. 25).

The Report and Recommendation was mailed to the plaintiff by regular mail on August 22, 2017. The mail was returned as Undeliverable (Doc. 21) on September 5, 2017 indicating that the inmate was on constant suicide watch.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the motion of defendants McCoy, Stone, and King to dismiss all claims against them for failure to state a claim (Doc. 10) is GRANTED. Plaintiff's motion to amend his

complaint to add new defendants (Doc. 16) is DENIED.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court